# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SARAH COOK ON BEHALF OF HER
MINOR CHILD, B.C.,
INDIVIDUALLY AND ON BEHALF
OF HER DECEASED FATHER, ERIC
COOK

VERSUS

VICTORIA ANN REID, DAPHNE
DUVALL MEYER AND SAFECO
INSURANCE COMPANY OF OREGON

NO.   2025 CW 1252

FEBRUARY 23, 2026

---

In Re:   Daphne Duval Meyer, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
202414161.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's October 23, 2025 judgment denying the motion for summary judgment is vacated. The plaintiff, Sarah Cook, on behalf of her minor child, B.C., individually and on behalf of her deceased father, Eric Cook, raised an objection to the evidence submitted by the defendant, Daphne Duvall Meyer, but the district court failed to rule on the admissibility of such evidence in accordance with La. Code Civ. P. art. 966(D)(2), which provides that the court shall specifically state on the record or in writing whether it sustains or overrules the objections raised. This matter is remanded to the district court for a ruling on the defendant's motion for summary judgment, after a determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(D)(2).

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT